IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-377-RJC-DCK

| | |
|---|---|
| JILLYN POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ORGANON USA, INC., N.V. ORGANON, ) | |
| SCHERING CORPORATION, MERCK & ) | |
| CO., INC. and MERCK SHARP & DOHME, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay All Proceedings Including, But Not Limited To, The Initial Attorney's Conference As Required By Local Rule 16.1" (Document No. 10) filed August 8, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay All Proceedings Including, But Not Limited To, The Initial Attorney's Conference As Required By Local Rule 16.1" (Document No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties file a Status Report on **October 8, 2013**, if this action has not been transferred by that date.

Signed: August 8, 2013

David C. Keesler
United States Magistrate Judge